IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE MONITORING OF GLOBAL POSITIONING SYSTEM INFORMATION AND CELL SITE LOCATION DATA FOR ONE AT&T CELL PHONE AND SEARCH OF INFORMATION ASSOCIATED WITH THE SAME NUMBER IN VIOLATION OF 18 U.S.C. § 2101 | Case No. 21-SC-00352-RMM |

**ORDER**

For good cause shown upon motion of the United States of America, this 24th day of May 2021, by the United States District Court for the District of Columbia, it is hereby ORDERED that the docket for the above-referenced search warrant, supporting affidavit, and all other filings associated with this matter shall be unsealed.

_____
UNITED STATES MAGISTRATE JUDGE